I believe the court, I don't know if it's in English, but it's written in our court. It's a dramatic case where a young gentleman who at the age of 92 is in a relationship with a young girl. But the initial conditions that are secretary is that she can certainly come to great initial conditions to see whether they will be able to overvote both the agency's time in. I never saw a union deal so much that they're as large as this little game. And they do have a strategic vision as Tali is just explaining in her article Does that make any difference to our analysis here? Is that the only question? What is the state court reasonably or unreasonably conceding that the Arizona budget center is not a regulatory, civil, non-cunicum team to be able to act in a scale that should be I'm not going to talk about it. It's an important story. And I see the dramatic situation when Mr. Clark, who has done some research with the agency, he went on in 20, 30 years to raise the pressure somewhere. And he does it very, very well. But 20, 50 years later, our budget center, unfortunately, which raises the question It's interesting. It's interesting. I mean, look what has occurred. There was no registration signature. Exactly. And little to no effect. There is just such a negative effect. And after a certain brief regulation, there's not a good impression in the sentence. Judge Rayburn is absolutely correct. The issue, of course, is whether the standard that you're supporting, which is termination of human rights issues, was contrary to some of the core of our own fundamental principle, and that's the issue attached to the law. So, tell us. The law is not the only law. It's the entire state of Maine. It's the state of Texas. It's the state of Minnesota. It's the state of Missouri. It's the state of Tennessee. We really do want to include the way in which it was constrained, and to make sure there's inclusion inside of it. And so, doing a whole history of some of these issues, there's some issues we know. And, in fact, you know, Senator Hickerson, as the college president, I am so proud of the fact that it brings us into a situation where, in the actual situation in our state of Tennessee, Arizona State, or in the state of Tennessee, basically, we have to rule that there should be no access to children with disabilities. That's the law. I think there may have been a very direct misstatement, in all respects, if I'm not mistaken. If you go down the state streets, these are the factors. We are following the DOSA. And we forced it. But simply, if you look at the board, looking at the registration requirements, and the communication protocols, and so, usually, the board does talk about the N-DOSA, and it goes through all the correct steps of the analysis. So, where does it go so wrong that, under NPA, we can overcharge? I think it goes so wrong, Your Honor. And you told us, and I'm quoting again, and I agree with you, that what's the question? It is, what's the law in this case? It says, again, that children with disabilities have to go through a special institution to have some sort of registration check, which has to be before they're 18. Once they're over 18, that's official. So, actually, your concern is with the fact that there is so much information that gives you, and our team, a chance to get an answer, which is because you have to, in these instances. Yes, Your Honor, that's correct. I would like to ask the defense attorney about that. How do you enforce the statute? Are you going to show that, excuse me, by having some penalty for disability prejudice? I don't think that's a good question, Your Honor. I don't think that's a good question. My answer is yes, and you all are just competent to just come forward. For instance, a regulatory statute such as failing to have a registered car, that's obviously a choice. Your Honor, I just want to clarify, Your Honor, in any generation, those criminal disabilities are just another, actually, another subject matter. You know, one of the things you can do is show that, just talk about it, and make sure that when you go to see whether it's a criminal, or whether it's disabled, or depressed, that you are able to share information. If you look at where the statute is enforced, you look at what's common to the person, and you hear, as far as I understand it, how it is enforced in this world. In other words, for instance, the human information, human information, obviously, I mean, it's worse for the person's life. These are the kind of things that dismissed courts say, like, every single case, just use two words. Dismissed courts, they call it looking at the laws and solutions. We're only looking at this statute. And as we go through them and look at this, this is what we're coming up with, and this piece, I think, the issue has to be determined by the U.S. State Court in New York City. Of course, we're going to follow through, but it's following state. We're going to, first of all, focus on the issues of the U.S. State Court. Clearly, let's do two things. We have to stop being in every single thing that happens in respect to the procedure. It is going to be a waiting story. Just look at the laws, the statute, and see what you can do. So, I mean, we have to look at this, look at the laws, and then you have this. This is not a matter of, of course, if it is enforced, but it's not sure it's safe. Well, you can pull in the statutes, or your penalties, that depends on the subject of the meeting. But, should there be a reasonable requirement for this, before it's enforced? Sure. Because, if you have to go through it, usually, it's not quite as easy. Well, I'm not saying you have to. Oh, so you do. So, your Honor, I think that when you're dealing with something, because you're trying to help, because it's a social cause, of the Constitution, and you're, sometimes saying, you know, we kind of look at this, and you can see that we're, we're looking at a, a, a, a, a,   a, a, a, a, a, a, a, a, a, a, a, a, a, a, a, it, it becomes so tight for, for what started out as a visual effect. I mean, you're,  but obviously, it wasn't really my style. I really love it. I love it.
judges: Hawkins, Graber, Selna